# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. | SA CR 05-00066-CJC | Date: September 30, 2008 |

Present: The Honorable  CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE

Interpreter  None

| Michelle Urie | Not Reported | Jeannie M. Joseph - Not Present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| MO THI PHAM | Not | | X | Michael S. Meza | Not | | X |

Proceedings:   (IN CHAMBERS) ORDER: MOTION FOR RELEASE OF DEFENDANT PENDING APPEAL IS DENIED (Fld: 9-15-08)

    Having read and considered the papers presented by the parties, the Court finds this matter appropriate for disposition without a hearing.  *See* LOCAL RULE 7-15; LOCAL CRIMINAL RULE 57-1.  Accordingly, the hearing set for Monday, October 6, 2008 at 9:00 a.m. is hereby vacated and off calendar.

    Defendant's motion for release pending appeal is DENIED.  The government presented an overwhelming amount of evidence of guilt at trial establishing Defendant's knowing and wilful involvement in the fraud scheme.  Accordingly, Defendant has failed to raise a substantial question on appeal likely to result in reversal, a new trial, or a sentence not including imprisonment as is required for bail pending appeal.

/cjc

:   0

Initials of Deputy Clerk   mu